IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE and CHARLES BOONE, | : |
| Plaintiffs, | : |
| v. | : C.A. No. 10-473-LPS |
| WILMINGTON HOUSING AUTHORITY and FREDERICK S. PURNELL, SR., in his official capacity as executive director of the Wilmington Housing Authority, | : |
| Defendants. | : |

## ORDER

At Wilmington, this 27th day of July, 2012, for the reasons discussed in the Opinion issued on this same date,

**IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Summary Judgment (D.I. 88) is ***GRANTED***.

2. Plaintiffs' Motion for Summary Judgment (D.I. 86) is ***DENIED***.

3. The parties' post-hearing supplemental letter, which was filed on July 22, 2011 and docketed as a motion (D.I. 109), has been considered by the Court and, to the extent it is viewed as a motion, is ***DENIED***.

4. The Clerk is directed to enter judgment against Plaintiffs and in favor of Defendants.

_____
UNITED STATES DISTRICT JUDGE