IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE AND CHARLES BOONE,  ) | |
| ) | |
| Plaintiffs,  ) | |
| ) | |
| v.   ) | Civil Action No. 10-473-LPS |
| ) | |
| WILMINGTON HOUSING  ) | |
| AUTHORITY, ET AL.,  ) | |
| ) | |
| Defendants.  ) | |

### JUDGMENT IN A CIVIL CASE

At Wilmington this **30th** day of **July, 2012**.

For the reasons set forth in the Court's Opinion and Order dated July 27, 2012;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendants and against plaintiffs.

_____
UNITED STATES DISTRICT JUDGE

_____
(By) Deputy Clerk