JANE DOE; CHARLES BOONE, Appellants

v.

WILMINGTON HOUSING AUTHORITY;
FREDERICK S. PURNELL, SR.,
in his official capacity as executive director
of the Wilmington Housing Authority