# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 12-3433

Doe, et. al.  vs.  Wilmington Housing Authority, et.al.

## ENTRY OF APPEARANCE

Please the list names of **all** parties represented, using additional sheet(s) if necessary:

Jane Doe and Charles Boone

Indicate the party's role IN THIS COURT (check <u>only</u> one):

____ Petitioner(s)   ✓ Appellant(s)   ____ Intervenor (s)

____ Respondent(s)   ____ Appellee(s)   ____ Amicus Curiae

(Type or Print) Counsel's Name  Penelope B. O'Connell

Mr.   ✓ Ms.   Mrs.   Miss

Firm  Eckert Seamans Cherin & Mellott, LLC

Address  300 Delaware Avenue, Suite 1210

City, State, Zip Code  Wilmington, DE 19801

Phone (302) 425-0430   Fax (302) 425-0432

**Primary E-Mail Address (required)**  poconnell@eckertseamans.com

**Additional E-Mail Address (1)** _____
**Additional E-Mail Address (2)** _____

Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. *YOU ARE LIMITED TO TWO ADDITIONAL E-MAIL ADDRESSES.*

**SIGNATURE OF COUNSEL:** _[signature]_

COUNSEL WHO FAILS TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES UNTIL AN APPEARANCE HAS BEEN ENTERED.

ONLY ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION TO THIS COURT'S BAR MAY FILE AN APPEARANCE FORM. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

***IT IS IMPORTANT THAT ALL REQUESTED INFORMATION BE PROVIDED AND THAT COUNSEL SIGN THE FORM IN THE APPROPRIATE AREA.***

This entry of appearance must be served on all parties.

REV. 10/16/09