# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT**: This statement is due to be filed with the Clerk of the Court of Appeals not later than **14** days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:

Jane Doe and Charles Boone (Appellants) v. Wilmington Housing Authority, et. al.

APPEAL FROM DISTRICT COURT:
District: Delaware
D.C. Docket No.: 1-10-cv-00473
Date proceedings initiated in D.C.: June 1, 2010
Date Notice of Appeal filed: August 27, 2012
USCA No.: 12-3433

## COUNSEL ON APPEAL

Appellant(s): Jane Doe and Charles Boone

Name of Counsel: Francis G.X. Pileggi, Penelope B. O'Connell
Name of Party(ies): Jane Doe and Charles Boone
Address: Eckert Seamans Cherin & Mellott, LLC, 300 Delaware Avenue, Suite 1210, Wilmington, DE 19801
Telephone No.: 302-425-0430
Fax No.: 302-425-0432
E-mail: fpileggi@eckertseamans.com, poconnell@eckertseamans.com

For Appellee(s): *List only the names of parties and counsel who will oppose you on appeal

Name of Counsel: Barry M. Willoughby
Name of Party(ies): Wilmington Housing Authority and Frederick S. Purnell, Sr.
Address: Young Conaway Stargatt & Taylor, Rodney Square, 1000 North King Street, Wilmington, DE 19801
Telephone No.: 302-571-6666
Fax No.: 302-576-3345
E-mail: bwilloughby@ycst.com

Name of Counsel: Teresa A. Cheek
Name of Party(ies): Wilmington Housing Authority and Frederick S. Purnell, Sr.
Address: Community Legal Aid Society, 100 West 10th Street, Wilmington, DE 19801
Telephone No.: 302-575-0660
Fax No.: 302-575-0840
E-mail: tcheek@declasi.org

Is this a Cross-Appeal?            Yes [ ]    No [✓]
Appeals Docket No.: _____

Was there a previous appeal in case?    Yes [ ]    No [✓]
If yes, Short Title: _____
Appeals Docket No.: _____
Citation, if reported: _____

1

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:
a) Arises from substantially the same case or controversy as this appeal? [ ] Yes [✓] No
b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?     [ ] Yes [✓] No

If you answered yes to either "a" or "b" please provide:
Case Name: _____
D.C. Docket No.: _____
Court or Agency: _____
Docket Number: _____
Citation, if reported: _____

## NATURE OF SUIT
**(Check as many as apply)**

**1. FEDERAL STATUTES**
[ ] ANTITRUST
[ ] BANKRUPTCY
[ ] BANKS & BANKING
[✓] CIVIL RIGHTS
[ ] COMMERCE, ROUTES, AND TARIFFS
[ ] COMMODITIES
[ ] COMMUNICATIONS
[ ] CONSUMER PROTECTION
[ ] COPYRIGHT
[ ] PATENT
[ ] TRADEMARK
[ ] ELECTION
[ ] ENERGY
[ ] ENVIRONMENTAL
[ ] FOIA FREEDOM OF INFORMATION
[ ] IMMIGRATION
[ ] LABOR
[ ] OSHA
[ ] SECURITIES
[ ] SOCIAL SECURITY
[ ] TAX
[ ] EQUAL ACCESS TO JUSTICE
[ ] OTHER Specify: _____

**2. TORTS**
[ ] ADMIRALTY
[ ] ASSAULT/DEFAMATION
[ ] PRODUCT LIABILITY/WARRANTY
[ ] DIVERSITY
[ ] OTHER Specify: _____

**3. CONTRACTS**
[ ] ADMIRALTY/MARITIME
[ ] ARBITRATION
[ ] COMMERCIAL
[ ] EMPLOYMENT
[ ] INSURANCE
[ ] NEGOTIABLE DISBURSEMENTS
[ ] OTHER Specify: _____

**4. PRISONER PETITIONS**
[ ] CIVIL RIGHTS
[ ] VACATE SENTENCE 2255
[ ] HABEAS CORPUS 2254
[ ] HABEAS CORPUS 2241
[ ] MANDAMUS/PROHIBITION
[ ] OTHER Specify: _____

**5. OTHER**
[ ] FORFEITURE
[ ] CIVIL GRAND JURY
[ ] TREATY Specify: _____
[ ] OTHER Specify: _____

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served on each party or their counsel of record this 7th day of September, 2012.

_____
(Signature of Counsel)

Rev : 1/09

2