UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

[Print]

No. 12-3433

Jane Doe and Charles Boone     vs.    Wilmington Housing Authority, et al.

## ENTRY OF APPEARANCE

Please the list names of **all** parties represented, using additional sheet(s) if necessary:

Wilmington Housing Authority and Frederick S. Purnell, Sr.

Indicate the party's role IN THIS COURT (check <u>only</u> one):

    \_\_\_ Petitioner(s)      \_\_\_ Appellant(s)      \_\_\_ Intervenor (s)

    \_\_\_ Respondent(s)      ✓ Appellee(s)      \_\_\_ Amicus Curiae

(Type or Print) Counsel's Name  Barry M. Willoughby

     ✓ Mr.      Ms.      Mrs.      Miss

Firm  Young Conaway Stargatt & Taylor, LLP

Address  Rodney Square, 1000 North King Street

City, State, Zip Code  Wilmington, DE 19801

Phone (302) 571-6666       Fax (302) 576-3345

**Primary E-Mail Address (required)** bwilloughby@ycst.com

**Additional E-Mail Address (1)** dcoles@ycst.com
**Additional E-Mail Address (2)** employmentcmecf@ycst.com

Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. *YOU ARE LIMITED TO TWO ADDITIONAL E-MAIL ADDRESSES.*

**SIGNATURE OF COUNSEL:** /s/ _____

COUNSEL WHO FAILS TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES UNTIL AN APPEARANCE HAS BEEN ENTERED.

ONLY ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION TO THIS COURT'S BAR MAY FILE AN APPEARANCE FORM. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

*IT IS IMPORTANT THAT ALL REQUESTED INFORMATION BE PROVIDED AND THAT COUNSEL SIGN THE FORM IN THE APPROPRIATE AREA.*

This entry of appearance must be served on all parties.

REV. 10/16/09

# CERTIFICATE OF SERVICE

I, Barry M. Willoughby, hereby certify that on September 10, 2012, a copy of the foregoing Entry of Appearance was served by CM/ECF upon the following counsel of record:

> Francis G.X. Pileggi, Esquire
> Eckert Seamans Cherin & Mellott, LLC
> 300 Delaware Avenue, Suite 1210
> Wilmington, DE 19801
>
> Penelope B. O'Connell, Esquire
> Eckert Seamans Cherin & Mellott, LLC
> 300 Delaware Avenue
> Wilmington, DE 19801

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> */s/ Barry M. Willoughby*
> Barry M. Willoughby, Esquire (I.D. No. 1016)
> Lauren E. Moak, Esquire (I.D. No. 5366)
> Rodney Square
> 1000 North King Street
> Wilmington, Delaware 19801
> Telephone: (302) 571-6666; (302) 576-3255
> Facsimile: (302) 576-3345; (302) 576-3750
> E-mail: bwilloughby@ycst.com; lmoak@ycst.com
> Attorneys for Appellees

Dated: September 10, 2012

01:12485130.1