OFFICE OF THE CLERK

MARCIA M. WALDRON  
CLERK

UNITED STATES COURT OF APPEALS  
FOR THE THIRD CIRCUIT  
21400 UNITED STATES COURTHOUSE  
601 MARKET STREET  
PHILADELPHIA, PA 19106-1790  
Website: www.ca3.uscourts.gov

TELEPHONE  
215-597-2995



September 13, 2012

Lauren E. Moak  
Young, Conaway, Stargatt & Taylor  
1000 North King Street  
Rodney Square  
Wilmington, DE 19801

Barry M. Willoughby  
Young, Conaway, Stargatt & Taylor  
1000 North King Street  
Rodney Square  
Wilmington, DE 19801

**RE: Doe, et al v. Wilmington Housing Authority, et al**  
**Case Number: 12-3433**  
**District Case Number: 1-10-cv-00473**

Dear Counsel:

**Effective December 15, 2008, the Court implemented the Electronic Case Files System. Accordingly, attorneys are required to file all documents electronically. See 3d Cir. L.A.R. 113 (2008) and the Court's CM/ECF website at www.ca3.uscourts.gov/ecfwebsite.**

Pursuant to our docketing letter dated **08/29/2012**, you were requested to forward to this office the following form(s) in the above-entitled case:

**Disclosure Statement**

As of this date, we have not received your form(s).

The above listed forms must be completed within fourteen days of the date of this letter. The forms are available at this court's website.

**If the forms are not filed within the time stated, it will be presumed that you do not wish to**

**participate in the appeal(s). You will receive no further notice of any action in the appeal(s), including issuance of a briefing schedule.**

Very truly yours,

*Marcia M. Waldron*
Marcia M. Waldron,
Clerk


By: Anthony Infante,
Case Manager