No. 12-3433

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| JANE DOE and CHARLES BOONE, ) <br> ) <br>     Appellants, ) <br>     Plaintiffs Below, ) <br> ) <br>     v. ) <br> ) <br> WILMINGTON HOUSING AUTHORITY ) <br> and FREDERICK S. PURNELL, SR., in his ) <br> official capacity as executive director of the ) <br> Wilmington Housing Authority, ) <br> ) <br>     Appellees, ) <br>     Defendants Below. ) | Appeal <br><br> Court Below: United States District Court in and for the District of Delaware <br><br> C.A. No. 10-473-LPS |

## MOTION TO FILE UNDER SEAL

Appellees Wilmington Housing Authority and Frederick S. Purnell, Sr. ("WHA") hereby move this Court, pursuant to Local Rule of Appellate Procedure 106.1(a), for an Order authorizing Appellants to file a supplemental appendix under seal.[1] The grounds for the motion are as follows:

    1.    Appellants instituted this action on May 27, 2010, before the Delaware Court of Chancery. (D.I. 1.[2]) The action alleges that Appellants, as tenants of WHA, have been deprived of their state and federal constitutional right to bear arms.

---

[1] In keeping with Federal Rule of Appellate Procedure 30(a)(1), Appellees request authorization for Appellants to file a Supplemental Appendix Under Seal. Appellees were informed by the Clerk's Office that such a motion is properly made by Appellants. Appellants' counsel has refused, however, to file such a Motion. To avoid inconvenience to the Court, Appellees have filed the instant Motion without prejudice to their right to seek attorney's fees and sanctions resulting from Appellants' unreasonable refusal to follow the applicable rules.

[2] References to the Docket Index refer to proceedings before the U.S. District Court for the District of Delaware, C.A. No. 10-cv-00473-LPS.

2. In conjunction with their initial Complaint, Appellant Jane Doe requested permission to proceed under a pseudonym. That motion was granted by the Delaware Court of Chancery on May 26, 2010. (D.I. 1.)

3. The basis of Ms. Doe's motion was her alleged fear of retaliation by WHA as a result of her participation on this action. Counsel for Appellants has produced no evidence of actual or threatened retaliation.

4. The matter was subsequently removed to the U.S. District Court for the District of Delaware. (D.I. 1.)

5. Following removal, the parties entered into a Confidentiality Stipulation and Protective Order, which was approved by the District Court on January 25, 2011. (D.I. 79.)

6. In addition to the protection offered by the Protective Order, the District Court entered an Order on January 31, 2011, prohibiting disclosure of Ms. Doe's identity or the transcript of her deposition absent further Court order to the contrary. (D.I. 81.)

7. In keeping with the Protective Order and the District Court's January 31, 2011 Order, the parties have designated various documents Confidential, Highly Confidential, or Confidential – Attorneys' Eyes Only. The primary purpose of these designations is to protect material that Appellees' counsel considers to be revealing of Ms. Doe's true identity and highly sensitive deliberations internal to WHA, which were disclosed solely for purposes of this litigation.

8. In light of the foregoing, WHA requests that the Court grant an Order authorizing Appellants to file a supplemental appendix under seal, which will contain those documents designated as Confidential, Highly Confidential, or Confidential – Attorneys' Eyes Only in accordance with the Protective Order or the January 31, 2011 Order. Appellees request that the

documents remain under seal until such time as the District Court alters or amends its January 31, 2011 Order.

9.  A Certification and Proposed Order are submitted simultaneously herewith.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Lauren E. Moak*
Barry M. Willoughby, Esquire (I.D. No. 1016)
Lauren E. Moak, Esquire (I.D. No. 5366)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6666; (302) 576-3255
Facsimile: (302) 576-3345; (302) 576-3750
E-mail: bwilloughby@ycst.com; lmoak@ycst.com

*Attorneys for Appellees*

Dated: October 23, 2012