No. 12-3433

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| JANE DOE and CHARLES BOONE,<br><br>    Appellants,<br>    Plaintiffs Below,<br>  v.<br><br>WILMINGTON HOUSING AUTHORITY and FREDERICK S. PURNELL, SR., in his official capacity as executive director of the Wilmington Housing Authority,<br><br>    Appellees,<br>    Defendants Below. | Appeal<br><br>Court Below: United States District Court in and for the District of Delaware<br><br>C.A. No. 10-473-LPS |

## CERTIFICATION PURSUANT TO RULE 27.3

I, Lauren E. Moak, hereby certify that I have conferred with counsel for Appellants and they do not oppose Appellees' Motion to File Under Seal.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Lauren E. Moak*
Barry M. Willoughby, Esquire (I.D. No. 1016)
Lauren E. Moak, Esquire (I.D. No. 5366)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6666; (302) 576-3255
Facsimile: (302) 576-3345; (302) 576-3750
E-mail: bwilloughby@ycst.com; lmoak@ycst.com
Attorneys for Appellees

Dated: October 23, 2012