No. 12-3433

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| JANE DOE and CHARLES BOONE, )<br>)<br>Appellants, )<br>Plaintiffs Below, )<br>)<br>v. )<br>)<br>WILMINGTON HOUSING AUTHORITY )<br>and FREDERICK S. PURNELL, SR., in his )<br>official capacity as executive director of the )<br>Wilmington Housing Authority, )<br>)<br>Appellees, )<br>Defendants Below. ) | Appeal<br><br>Court Below: United States District<br>Court in and for the District of Delaware<br><br>C.A. No. 10-473-LPS |

## **ORDER**

Upon consideration of Appellees' Motion to File Under Seal, and for good cause shown,

IT IS HEREBY ORDERED this _____ day of _____, 2012, that, within 15 days of the date of this Order, Appellants may file a supplemental appendix under seal in accordance with Local Rule of Appellate Procedure 106.1(a).

_____
Judge