# **CERTIFICATE OF SERVICE**

I, Lauren E. Moak, hereby certify that on October 23, 2012, a copy of Appellees' Motion to File Under Seal, Certification Pursuant to Rule 27.3, Proposed Order, and this Certificate of Service were served by CM/ECF upon the following counsel of record:

>Francis G.X. Pileggi, Esquire
>Eckert Seamans Cherin & Mellott, LLC
>300 Delaware Avenue, Suite 1210
>Wilmington, DE 19801
>
>Penelope B. O'Connell, Esquire
>Eckert Seamans Cherin & Mellott, LLC
>300 Delaware Avenue
>Wilmington, DE 19801

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>*/s/ Lauren E. Moak*
>Barry M. Willoughby, Esquire (I.D. No. 1016)
>Lauren E. Moak, Esquire (I.D. No. 5366)
>Rodney Square
>1000 North King Street
>Wilmington, Delaware 19801
>Telephone: (302) 571-6666; (302) 576-3255
>Facsimile: (302) 576-3345; (302) 576-3750
>E-mail: bwilloughby@ycst.com; lmoak@ycst.com
>Attorneys for Appellees

Dated: October 23, 2012

01:12485130.1