# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

12-3433

Doe, et al v. Wilmington Housing Authority, et al

1-10-cv-00473

# O R D E R

The Court has received the Brief and Appendix from **Jane Doe, Charles Boone**.

**The brief does not comply with the following Court requirements:**

**Contents of Brief See FRAP 28- The following is/are missing:**

**.** Statement of related cases (for Appellant/Petitioner principal brief ONLY).

**Form of Appendix**- The following aspect(s) of the appendix is/are noncompliant:

**.** Sealed Appendix Volume III is not electronically filed and not submitted in hard copies

**Action Required Regarding Brief:**

In order to cure errors with respect to CONTENT, **Jane Doe, Charles Boone** must file an Addendum to Brief containing the missing sections of the brief listed above in electronic format only.

In order to cure errors with respect to FORM, **Jane Doe, Charles Boone** must file Sealed Appendix Volume III in electronic format and in hard copies. The following event must be used: "sealed appendix".

**Counsel or the party(ies) must correct the above listed deficiencies by 10/29/2012. No action will be taken on the document until the error(s) has (have) been corrected.**

**Pursuant to 3rd Cir. LAR Misc. 107.3 and 3rd Cir. LAR Misc. 113, if a party fails to comply with the electronic filing requirements, despite notice by the Clerk, the Court may impose sanctions. Such sanctions include, but are not limited to, imposition of costs, disciplinary sanctions, and dismissal of the case.**

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

MS/cc:  Lauren E. Moak, Esq.
Penelope B. O'Connell, Esq.
Francis G.X. Pileggi, Esq.
Barry M. Willoughby, Esq.

**For questions please contact the Clerk's Office at 267-299-4929.**