# UNITED STATES COURT of APPEALS for the THIRD CIRCUIT / REQUIREMENTS for BRIEFS

## CONTENT of BRIEFS

### TABLES
(1) Table of Contents
(2) Table of Citations (<u>See</u> 3rd Cir. LAR 28.3)

### *STATEMENTS
(1) Subject Matter & Appellate Jurisdiction, (2) Issues, (3) Case, (4) Facts, (5) Related Cases & Proceedings, (6) Standard of Review

*Optional in Appellee's/Respondent's brief unless dissatisfied with the Appellant's/Petitioner's statements

### ARGUMENT
(1) Summary of Argument, (2) Argument, (3) Conclusion

### COMBINED CERTIFICATIONS
(1) Bar Membership
(2) Word Count
(3) Service Upon Counsel or Litigants
(4) Identical compliance of briefs
(5) Virus check

### ATTACHMENTS to BRIEFS
(1) Volume I of Appendix to Appellant's/ Petitioner's Brief to Include:
  (a) Notice of Appeal or Petition for Review
  (b) Order being appealed
  (c) Opinion under review
  (d) Order granting certificate of appealability where applicable
(2) Statues, Rules, Regulations, or Unpublished Opinions if not readily available

## FORM of BRIEFS

### COVER
(1) Color of Front & Back Cover
  (a) Appellant/Petitioner or 1st Step - Blue
  (b) Appellee/Respondent or 2nd Step- Red
  (c) 3rd Step - Yellow (Cross-Appeals)
  (d) Appellant/Petitioner Reply or 4th Step - Grey
  (e) Amicus/Intervenor - Green
  (f) Supplemental - Tan
(2) Content of Front Cover
  (a) Name of Court
  (b) Appellate Docket Number
  (c) Complete Caption; (d) Nature of Proceeding
  (e) Title of Document
  (f) Name & Address of Counsel of Record

### BODY/TEXT of BRIEF
(1) 8 1/2" x 11" Opaque Paper with Clear Black Image with 1" margins
(2) Double spaced text (quotations over 2 lines may be indented and single spaced; headings and footnotes may be single spaced)
(3) Length†: (a) Principal Briefs: 30 pages / 14,000 words / 1,300 lines (*monospaced text), (b) Reply Brief: 15 pages / 7,000 words / 650 *lines, (c) 2nd Step Cross-Appeal Brief: 35 pages / 16,500 words / 1,500 *lines
(4) Font: (a) Proprotional (14 pt. with serifs), (b) Monospaced (10 ½ cpi)
†A certification of word or line count must be included when a brief exceeds the required 30, 35 or 15 page limit. Tables, certifications and addenda do not count toward the word or line limitation.

### BINDING
Firmly bound at left margin. Metal fasteners must be covered. Velo or spiral binding acceptable.

## ELECTRONIC BRIEFS

### REQUIREMENTS
(1) The E-Brief must be in a PDF format.
(2) The E-Brief must contain an electronic signature or <u>/s/ first name last name</u>.
(3) 10 hard copies of the brief must be sent to the Clerk's Office on the same day the E-Brief is electronically filed. The certificate of service must reflect the above.
(4) Simultaneous service to counsel of record is required.
(5) The PDF file and Hard Copies of brief must include a certification verifying that the text of the E-Brief and Hard Copies of the brief are identical.
(6) The PDF file and Hard Copies of brief must contain certification that a virus check was performed and indicate the specific virus software.
(7) The Clerk's Office will issue an NDA by e-mail indicating that the E-Brief was filed.

<u>See</u> FRAP 25, 28 and 32 and 3rd Cir. LAR 25, 28, 32 and Misc. 113 for full text of rule requirements and view our website under "Information and Forms" for requiremets for filing the brief at www.ca3.uscourts.gov .