No. 12-3433

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

DOE, *et al*,
*Plaintiffs-Appellants*,

v.

WILMINGTON HOUSING AUTHORITY, *et al*,
*Defendants-Appellees*.

On Appeal from the United States District Court for the District of Delaware,
No. 1:10-cv-00473 (Hon. Leonard P. Stark)

**SECOND ADDENDUM TO OPENING BRIEF FOR APPELLANTS JANE DOE AND CHARLES BOONE**

Francis G.X. Pileggi
Penelope O'Connell
Jill Agro
ECKERT SEAMANS CHERIN & MELLOTT, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
302.655.3667

*Attorneys for Appellants Jane Doe and Charles Boone*

Dated: October 24, 2012

## Statement of Related Cases and Proceedings

Appellants are not aware of any other case or proceeding that is in any way related, completed, pending or about to be presented before this Court or any other court or agency, state or federal.

# **CERTIFICATE OF SERVICE**

I certify that on October 24, 2012, I caused the Second Addendum to Opening Brief for Appellants Jane Doe and Charles Boone to be served electronically via CM/ECF on counsel named below:

>Barry M. Willoughby, Esquire
>Lauren E. Moak, Esquire
>Young Conaway Stargatt & Taylor, LLP
>Rodney Square
>1000 North King Street
>Wilmington, DE 19801
>bwilloughby@ycst.com
>lmoak@ycst.com

>*/s/ Francis G.X. Pileggi*
>Francis G.X. Pileggi (Del. No. 2624)
>ECKERT SEAMANS CHERIN & MELLOTT, LLC
>300 Delaware Avenue, Suite 1210
>Wilmington, DE 19801
>302.655.3667
>*Attorney for Appellants Jane Doe*
>*and Charles Boone*