No. 12-3433

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

JANE DOE and CHARLES BOONE, )
                               )
            Appellants,        )
            Plaintiffs Below,   )
                               )   Appeal
                               )
        v.                     )
                               )   Court Below:  United States
                               )   District Court in and for the
WILMINGTON HOUSING             )   District of Delaware
AUTHORITY and FREDERICK S.     )
PURNELL, SR., in his official   )   C.A. No. 10-473-LPS
capacity as executive director of the )
Wilmington Housing Authority,   )
                               )
                               )
            Appellees,         )
            Defendants Below.   )

## APPELLANTS' MOTION TO SEAL PORTIONS OF JOINT APPENDIX

Appellants Jane Doe and Charles Boone hereby move this Court, based on

Local Rule of Appellate Procedure 106.1(a), for an Order to seal portions of the

Joint Appendix that Appellees filed with the trial court under seal and that

Appellees wish to maintain under seal in this appeal. The grounds for the motion

are as follows:

1.      Appellants instituted this action on May 27, 2010, before the

Delaware Court of Chancery, alleging a deprivation of state and federal

constitutional rights, which WHA subsequently removed the case to the United

States District Court for the District of Delaware. (D.I. 1.[1])

2.      The parties entered into a Confidentiality Stipulation and Protective

Order, which was approved by the District Court on January 25, 2011. (D.I. 79.)

3.      The parties designated various documents as Confidential, Highly

Confidential, or Confidential – Attorneys' Eyes Only in the District Court in

accordance with the Confidentiality Stipulation and Protective Order.

4.      The Confidentiality Stipulation and Protective Order prohibits the

disclosure of confidential documents "without the prior consent of the designator

or order of the Court to the contrary." (D.I. 80, ¶ 6)

5.      Appellants' counsel consulted WHA's counsel in compiling the Joint

Appendix, which Appellants filed in connection with this appeal on October 23,

2012.

6.      WHA designated portions of confidential deposition transcripts to be

included in the Joint Appendix. WHA did not request that the transcripts be

redacted or filed under seal.[2] Nor did WHA file a motion to continue the District

---

[1] References to the Docket Index refer to proceedings before the U.S. District
Court for the District of Delaware, C.A. No. 10-cv-00473-LPS.

[2] WHA instructed Appellants to include other documents in the Joint Appendix
that Appellants discovered (prior to filing the Joint Appendix) were filed under
seal in the District Court. Appellants informed WHA that those documents were
redacted and WHA directed Appellants to submit the redacted versions of the
identified documents in the Joint Appendix.

Court's impoundment of those documents as required by Local Appellate Rule 106.1(c)(2), which provides that the trial court's protective order expired 30 days after Appellants filed the notice of appeal.

7.      After the Joint Appendix was filed, WHA requested that Appellants re-file the Joint Appendix and place the designated portions of the deposition transcripts under seal.

8.      Appellees alone still seek to have certain documents under seal.

9.      In light of the foregoing, and to prevent additional disputes over who should file this motion, Appellants request that the Court grant an Order directing the following portions of the Joint Appendix to be sealed:

- A367-A386 (filed as Part 3 of 5 of the Joint Appendix Volume II); and

- A387-A427 (filed as Part 4 of 5 of the Joint Appendix Volume II).

10.     A Proposed Order is submitted simultaneously herewith.

*/s/ Francis G.X. Pileggi*
Francis G.X. Pileggi (Del. No. 2624)
Penelope O'Connell (Del No. 4898)
Jill Agro (Del. No. 4629)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
302.655.3667
*Attorneys for Appellants Jane Doe*
*and Charles Boone*

Dated: October 26, 2012