No. 12-3433

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| JANE DOE and CHARLES BOONE,<br><br>    Appellants,<br>    Plaintiffs Below,<br><br>    v.<br><br>WILMINGTON HOUSING AUTHORITY and FREDERICK S. PURNELL, SR., in his official capacity as executive director of the Wilmington Housing Authority,<br><br>    Appellees,<br>    Defendants Below. | Appeal<br><br>Court Below: United States District Court in and for the District of Delaware<br><br>C.A. No. 10-473-LPS |

## CERTIFICATION PURSUANT TO RULE 27.3

I hereby certify that I have conferred with counsel for Appellees and while they contest the characterizations made, they do not object to the relief sought by Appellants' Motion to Seal Portions of Joint Appendix.

*/s/ Francis G.X. Pileggi*
Francis G.X. Pileggi (Del. No. 2624)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
302.655.3667
*Attorneys for Appellants Jane Doe and Charles Boone*