No. 12-3433

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| JANE DOE and CHARLES BOONE, <br><br> Appellants, <br> Plaintiffs Below, <br><br> v. <br><br> WILMINGTON HOUSING AUTHORITY and FREDERICK S. PURNELL, SR., in his official capacity as executive director of the Wilmington Housing Authority, <br><br> Appellees, <br> Defendants Below. | Appeal <br><br> Court Below: United States District Court in and for the District of Delaware <br><br> C.A. No. 10-473-LPS |

## **PROPOSED ORDER**

Upon consideration of Appellants' Motion to Seal Portions of Joint Appendix, and for good cause shown,

IT IS HEREBY ORDERED this ___ day of October, 2012, that the following portions of the Joint Appendix shall be sealed:

- A367-A386 (filed as Part 3 of 5 of the Joint Appendix Volume II); and

- A387-A427 (filed as Part 4 of 5 of the Joint Appendix Volume II).

                                                    _____
                                                    Judge