# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

12-3433

Doe, et al v. Wilmington Housing Authority, et al

1-10-cv-00473

# O R D E R

The Court has received Sealed Supplemental Appendix from **Wilmington Housing, Frederick S. Purnell**.

**The Appendix does not comply with the following Court requirements:**

<u>**Form of Appendix**</u>- The following aspect(s) of the appendix is/are noncompliant:

**.** Supplemental appendix filed without a motion for leave to file

**.** Appendix was filed under seal without a motion for leave to seal

In order to cure errors with respect to FORM, **Wilmington Housing, Frederick S. Purnell** must file a motion for leave to file supplemental appendix and for leave to file it under seal.  Motion must be filed in electronic format only with a certificate of service.

**Counsel or the party(ies) must correct the above listed deficiencies by 11/05/2012. No action will be taken on the document until the error(s) has (have) been corrected.**

**Pursuant to 3rd Cir. LAR Misc. 107.3 and 3rd Cir. LAR Misc. 113, if a party fails to comply with the electronic filing requirements, despite notice by the Clerk, the Court may impose sanctions. Such sanctions include, but are not limited to, imposition of costs, disciplinary sanctions, and dismissal of the case.**

For the Court,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

**MS/cc:** Lauren E. Moak, Esq.
Penelope B. O'Connell, Esq.
Francis G.X. Pileggi, Esq.
Barry M. Willoughby, Esq.

**For questions please contact the Clerk's Office at 267-299-4929.**