UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **12-3433**

Doe v. Wilmington Housing Authority

To: Clerk

1) Motion by Appellees for Leave to File Supplemental Appendix under Seal

---

The foregoing motion is referred to the merits panel. The supplemental appendix will be held provisionally under seal pending disposition of the motion.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: 7 November 2012
    AWI/CC:   PBO
                    FGXP
                    LEM
                    BMW