UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 12-3433

Doe v. Wilmington Housing Authority

To: Clerk

1) Motion by Appellants to Seal Portions of Joint Appendix

---

The foregoing motion is referred to the merits panel. Parts three and four of the joint appendix volume II will be held provisionally under seal pending disposition of the motion.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: November 13, 2012

MS/cc: All counsel/parties of record