No. 12-3433

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| JANE DOE and CHARLES BOONE, | |
| Appellants/Plaintiffs Below, | |
| v. | Appeal |
| WILMINGTON HOUSING AUTHORITY and FREDERICK S. PURNELL, SR., in his official capacity as executive director of the Wilmington Housing Authority, | Court Below: United States District Court in and for the District of Delaware |
| | C.A. No. 10-473-LPS |
| Appellees/Defendants Below. | |

## APPELLANTS' MOTION FOR LEAVE TO RESPOND TO THE BRIEF OF *AMICUS CURIAE* THE BRADY CENTER TO PREVENT GUN VIOLENCE IN SUPPORT OF DEFENDANTS-APPELLEES

Appellants Jane Doe and Charles Boone respectfully seek leave to file a response to the *amicus curiae* brief filed by The Brady Center to Prevent Gun Violence ("The Brady Center") in support of Defendants-Appellees, on November 30, 2012. Federal Rule of Appellate Procedure 28(c) provides the Court with the authority to grant the relief sought in this motion. FED. R. APP. P. 28(c).

The Brady Center's brief raises certain issues to which Appellants would like to respond, including but not limited to the argument that empirical evidence supports Appellees' position in this matter.

More, Appellants only consented to The Brady Center's request to file an *amicus curiae* brief on the condition that Appellants would have an opportunity to respond. The Brady Center's brief was filed several days after Appellees' brief, and raises several new issues to which Appellants should have an opportunity to respond.

Appellants will not have adequate time to respond to The Brady Center's brief by the filing deadline for Appellants' reply brief, which is December 10, 2012. FED. R. APP. P. 28(f). The Court has not scheduled oral argument, and there is no scheduling order in place that would be negatively affected by allowing Appellants an opportunity to respond to The Brady Center's *amicus curiae* brief.

Accordingly, Appellants respectfully seek leave to file a short reply brief—no longer than 15 pages—to The Brady Center's *amicus curiae* brief on or before December 17, 2012.

    Respectfully submitted,

*/s/ Francis G.X. Pileggi*
Francis G.X. Pileggi (Del. No. 2624)
Penelope O'Connell (Del No. 4898)
Jill Agro (Del. No. 4629)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
302.655.3667
*Attorneys for Appellants Jane Doe and Charles Boone*

Dated: December 3, 2012