No. 12-3433

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| JANE DOE and CHARLES BOONE, <br><br> Appellants/Plaintiffs Below, <br><br> v. <br><br> WILMINGTON HOUSING AUTHORITY and FREDERICK S. PURNELL, SR., in his official capacity as executive director of the Wilmington Housing Authority, <br><br> Appellees/Defendants Below. | Appeal <br><br> Court Below: United States District Court in and for the District of Delaware <br><br> C.A. No. 10-473-LPS |

## **CERTIFICATION PURSUANT TO RULE 27.3**

I hereby certify that I have conferred with counsel for Appellees and they do not object to the relief sought by Appellants' Motion for Leave to Respond to the Brief of *Amicus Curiae* The Brady Center to Prevent Gun Violence in support of Defendants-Appellees.

                                                      */s/ Francis G.X. Pileggi*
                                                      Francis G.X. Pileggi (Del. No. 2624)
                                                      ECKERT SEAMANS CHERIN & MELLOTT, LLC
                                                      300 Delaware Avenue, Suite 1210
                                                      Wilmington, DE 19801
                                                      302.655.3667
                                                      *Attorney for Appellants Jane Doe*
                                                      *and Charles Boone*