No. 12-3433

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| JANE DOE and CHARLES BOONE, | |
| Appellants/Plaintiffs Below, | |
| v. | Appeal |
| WILMINGTON HOUSING AUTHORITY and FREDERICK S. PURNELL, SR., in his official capacity as executive director of the Wilmington Housing Authority, | Court Below: United States District Court in and for the District of Delaware |
| | C.A. No. 10-473-LPS |
| Appellees/Defendants Below. | |

## **PROPOSED ORDER**

Upon consideration of Appellants' Motion for Leave to Respond to the Brief of *Amicus Curiae* The Brady Center to Prevent Gun Violence in support of Defendants-Appellees, and for good cause shown,

IT IS HEREBY ORDERED this ___ day of December, 2012, that:

i. Appellants' motion is granted; and

ii. Appellants may submit a brief, not to exceed 15 pages in length, in response to The Brady Center's *amicus curiae* brief on or before December 17, 2012.

_____
Judge