No. 12-3433

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| JANE DOE and CHARLES BOONE, <br><br> Appellants/Plaintiffs Below, <br><br> v. <br><br> WILMINGTON HOUSING AUTHORITY and FREDERICK S. PURNELL, SR., in his official capacity as executive director of the Wilmington Housing Authority, <br><br> Appellees/Defendants Below. | Appeal <br><br> Court Below: United States District Court in and for the District of Delaware <br><br> C.A. No. 10-473-LPS |

**APPELLANTS' MOTION FOR LEAVE TO
FILE REPLY BRIEF EXCEEDING THE PAGE
LIMITATIONS PRESCRIBED BY FED. R. APP. P. 32(a)(7)**

Appellants Jane Doe and Charles Boone ("Residents") respectfully seek leave to file an over-length reply brief responding in one document jointly to Appellees' Answering Brief and The Brady Center to Prevent Gun Violence's ("The Brady Center") *Amicus Curiae* brief in support of Defendants-Appellees that exceeds the type-volume limitations established by Federal Rule of Appellate Procedure 32(a)(7). In support of this motion, Residents state as follows:

On November 26, 2012, Appellees filed a 47-page Answering Brief opposing Residents' Opening Appellate Brief.

On November 30, 2012, *Amicus Curiae* The Brandy Center filed a 23-page brief in support of Appellees' Answering Brief . The Brady Center did not seek leave of Court to file an *amicus curiae* brief because the parties consented to the submission. Appellants consent, however, was premised on the condition that Residents would have an opportunity to respond.

On December 3, 2012, Residents petitioned this Court for leave to file a separate reply brief responding to The Brady Center's brief, which raises several new issues to which Appellants should have an opportunity to respond, including but not limited to the argument that empirical evidence supports Appellees' position in this matter.

On December 6, the Court entered an Order (attached hereto as Ex. 1) extending the time for Residents to file a reply brief to December 17, but directed Residents that they must file a single reply brief responding to both Appellees and *Amicus Curiae* The Brady Center. Further, the Court noted that Residents would be required to file a motion for leave to exceed the page limitation for reply briefs set forth in the Federal Rules of Appellate Procedure, if additional space is needed to adequately respond to both briefs.

Residents require additional pages/type volume, beyond the 15 page/7,000 word limit provided by Federal Rule of Appellate Procedure 32(a)(7) to adequately

respond to both the arguments asserted in Appellees' Answering Brief and *Amicus Curiae* The Brady Center's Brief, in one document at the same time.

This appeal involves important issues concerning Residents' fundamental right to bear arms under the Delaware Constitution. Because there is scant precedential authority on this issue under Delaware law, both Appellees and The Brady Center have presented case law from multiple jurisdictions—both federal and state—to rebut the arguments made in Residents' Opening Brief, as well as copious references to law review articles and related sources. The Brady Center's Brief cites authority from the United States Supreme Court, nine circuit courts, and ten different states. The Appellees' Answering Brief cites authority from the United States Supreme Court, eight circuit courts, and six different states.

Residents will not be able to provide a complete response in a manner that allows a fair opportunity to reply to the expanse of federal and state authority presented by Appellees and The Brady Center without exceeding the page/type-volume limitations set by the Federal Rules.

Based on the importance of Residents' fundamental constitutional rights at issue in this appeal, as well as Residents' need to respond to multiple parties and legal authority from multiple jurisdictions, there exist extraordinary circumstances for which this Court may grant Residents' request for leave to exceed the established page/type-volume limitations.

Accordingly, Residents respectfully seek leave to file a reply brief exceeding the type-volume word limit by no more than 4,000 words, limiting Residents' Reply Brief to a type-volume limitation of 11,000 words.

Respectfully submitted,

*/s/ Francis G.X. Pileggi*
Francis G.X. Pileggi (Del. No. 2624)
Penelope O'Connell (Del No. 4898)
Jill Agro (Del. No. 4629)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
302.655.3667
*Attorneys for Appellants Jane Doe and Charles Boone*

Dated: December 7, 2012