Exhibit 1

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 12-3433

Doe v. Wilmington Housing Authority

To: Clerk

1) Motion by Appellants for Leave to Respond to Brief of Amicus Curiae the Brady Center to Prevent Gun Violence in Support of Defendants-Appellees

---

The foregoing motion is also construed as motion for leave to file overlength reply brief. So construed, the motion is denied as presented without prejudice to renewal. Counsel is directed to review the Court's Standing Order of January 9, 2012, regarding overlength briefs. If necessary, Appellant may file a renewed motion for leave to file an overlength reply brief provided the motion complies with the Court's Standing Order of January 9, 2012 setting forth the word court of the reply brief. Appellants must file one reply brief responding to the arguments of the Appellees and Amicus on or before December 17, 2012.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: 6 December 2012
     AWI/CC:  PBO
                  FGXP
                  LEMR
                  BMW
                  AKL