No. 12-3433

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| JANE DOE and CHARLES BOONE, | |
| Appellants/Plaintiffs Below, | |
| v. | Appeal |
| WILMINGTON HOUSING AUTHORITY and FREDERICK S. PURNELL, SR., in his official capacity as executive director of the Wilmington Housing Authority, | Court Below: United States District Court in and for the District of Delaware<br><br>C.A. No. 10-473-LPS |
| Appellees/Defendants Below. | |

## **CERTIFICATION PURSUANT TO RULE 27.3**

I hereby certify that I have conferred with counsel for Appellees and they do not object to the relief sought by Appellants' Motion for Leave to File a Reply Brief Exceeding the Page Limitations Prescribed by Fed. R. App. P. 32(a)(7).

                                      */s/ Francis G.X. Pileggi*
                                      Francis G.X. Pileggi (Del. No. 2624)
                                      ECKERT SEAMANS CHERIN & MELLOTT, LLC
                                      300 Delaware Avenue, Suite 1210
                                      Wilmington, DE 19801
                                      302.655.3667
                                      *Attorney for Appellants Jane Doe*
                                      *and Charles Boone*