No. 12-3433

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

JANE DOE and CHARLES BOONE,

    Appellants/Plaintiffs Below,

    v.

WILMINGTON HOUSING
AUTHORITY and FREDERICK S.
PURNELL, SR., in his official capacity
as executive director of the Wilmington
Housing Authority,

    Appellees/Defendants Below.

Appeal

Court Below:  United States
District Court in and for the
District of Delaware

C.A. No. 10-473-LPS

## PROPOSED ORDER

Upon consideration of Appellants' Motion for Leave to File a Reply Brief

Exceeding the Page Limitations Prescribed by Fed. R. App. P. 32(a)(7), and for

good cause shown,

IT IS HEREBY ORDERED this ___ day of December, 2012, that:

i.    Appellants' motion is granted; and

ii.    Appellants may submit a reply brief, not to exceed 11,000 words, in

responding to Appellees' Answering Brief and The Brady Center's *amicus curiae*

brief on or before December 17, 2012.

                _____

                Judge