

**ECKERT SEAMANS**
**ATTORNEYS AT LAW**

Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue
Suite 1210
Wilmington, DE 19801

TEL 302 425 0430
FAX 302 425 0432
www.eckertseamans.com

Francis G.X. Pileggi
fpileggi@eckertseamans.com
www.delawarelitigation.com
(302) 655-3667

December 17, 2012

**VIA CM/ECF AND HAND DELIVERY**

Marsha M. Waldron, Clerk
Office of the Clerk
U.S. Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Re: *Doe v. Wilmington Housing Authority, et al.*,
3d Cir., No. 12-3433

Dear Ms. Waldron:

Enclosed please find ten copies of Appellants' Reply Brief, which was e-filed and served upon all parties via CM/ECF today.

Respectfully,

Francis G.X. Pileggi
(Bar No. 2624)

FGXP/smq

Enclosures

cc: Barry Willoughby, Esquire (w/o encl.)
Lauren E.M. Russell, Esquire (w/o encl.)
Jill Agro, Esquire (w/o encl.)