No. 12-3433

# IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

| | |
|---|---|
| JANE DOE and CHARLES BOONE,  Appellants/Plaintiffs Below,  v.  WILMINGTON HOUSING AUTHORITY and FREDERICK S. PURNELL, SR., in his official capacity as executive director of the Wilmington Housing Authority,  Appellees/Defendants Below. | Appeal  Court Below: United States District Court in and for the District of Delaware  C.A. No. 10-473-LPS |

## **CERTIFICATION PURSUANT TO RULE 27.3**

I hereby certify that I have conferred with counsel for Appellees and they do not object to the relief sought by Appellants' Revised Motion for Leave to File an Over-Length Reply Brief (Due to an *Amicus* Brief and Just-Issued Decision in *Moore v. Madigan*) Exceeding the Page Limitations Prescribed by Fed. R. App. P. 32(a)(7).

*/s/ Jill Agro*
Jill Agro (Del. No. 4629)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
302.574.7406
*Attorney for Appellants Jane Doe and Charles Boone*