No. 12-3433

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

JANE DOE and CHARLES BOONE,

    Appellants/Plaintiffs Below,

    v.

WILMINGTON HOUSING
AUTHORITY and FREDERICK S.
PURNELL, SR., in his official capacity
as executive director of the Wilmington
Housing Authority,

    Appellees/Defendants Below.

Appeal

Court Below:  United States
District Court in and for the
District of Delaware

C.A. No. 10-473-LPS

## PROPOSED ORDER

Upon consideration of Appellants' Revised Motion for Leave to File an

Over-Length Reply Brief (Due to an *Amicus* Brief and Just-Issued Decision in

*Moore v. Madigan*) Exceeding the Page Limitations Prescribed by Fed. R. App. P.

32(a)(7), and for good cause shown,

IT IS HEREBY ORDERED this ___ day of December, 2012, that:

i.    Appellants' motion is granted; and

ii.    Appellants may submit a reply brief, not to exceed 10,188 words, in

responding to Appellees' Answering Brief and The Brady Center's *amicus curiae*

brief on or before two business days from the date of this Order.

_____
Judge