UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

January 22, 2013
XCO-008

No. 12-3433

JANE DOE; CHARLES BOONE,
                                  Appellants

v.

WILMINGTON HOUSING AUTHORITY, ET AL.

(D. Del. No. 10-cv-00473)

Present: SLOVITER, SMITH and FISHER, Circuit Judges

    Motion by Appellants for Leave to Exceed the Word Limitation
for Reply Brief by 3,188 Words.

                                                              Respectfully,
                                                               Clerk/mlr

_____ORDER_____

The foregoing revised motion by Appellants for leave to file an overlength reply brief is denied.

                                                              By the Court,

                                                               /s/ Dolores K. Sloviter
                                                              Circuit Judge

Dated: January 31, 2013

mlr/cc: Jill K. Agro, Esq.
       Penelope B. O'Connell, Esq.
       Francis G.X. Pileggi, Esq.
       Lauren E. Moak Russell, Esq.
       Barry M. Willoughby, Esq.
       Adam K. Levin, Esq.