UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 12-3433

JANE DOE, et al., Appellants

v.

WILMINGTON HOUSING AUTHORITY, et al.
(D. Del. No. 1-10-cv-00473)

Present: RENDELL, GREENAWAY JR., Circuit Judges and ROSENTHAL[*], District Judge

1. Motion by Appellees to file a Supplemental Appendix Under Seal;

2. Motion by Appellants to Seal Portions of Joint Appendix.

                                                          Respectfully,
                                                          Clerk/MS

_____ORDER_____

The foregoing motions to file supplemental appendix under seal and to seal portions of joint appendix will be taken under advisement by the Court. Counsel are directed to provide to the Court the Supplemental Appendix and Joint Appendix proposed to be sealed for preliminary (under seal) in camera review, after which the Court will rule on the motion.

                                                          By the Court,

                                                          /s/Marjorie O. Rendell
                                                          Circuit Judge

Dated: April 8, 2013

MS/cc: All counsel/parties of record

---

[*] Honorable Lee H. Rosenthal, District Judge for the U.S. District Court for the Southern District of Texas, Sitting by Designation.