No. 12-3433

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| JANE DOE and CHARLES BOONE, | |
| Appellants/Plaintiffs Below, | |
| v. | Appeal |
| WILMINGTON HOUSING AUTHORITY and FREDERICK S. PURNELL, SR., in his official capacity as executive director of the Wilmington Housing Authority, | Court Below: United States District Court in and for the District of Delaware<br><br>C.A. No. 10-473-LPS |
| Appellees/Defendants Below. | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Francis G.X. Pileggi, Esquire, attorney for CHESTER WATER AUTHORITY, hereby files this **Notice of Change of Address** effective April 29, 2013, to provide his new address as follows:

Francis G.X. Pileggi, Esquire
Eckert Seamans Cherin & Mellott, LLC
222 Delaware Avenue, 7th Floor
Wilmington, DE 19801
(302) 655-3667 (Phone)
(302) 574-7401 (Fax)
E-mail: fpileggi@eckertseamans.com

ECKERT SEAMANS CHERIN & MELLOTT, LLC

By: */s/ Francis G.X. Pileggi*
    Francis G.X. Pileggi (#2624)
    300 Delaware Avenue, Suite 1210
    Wilmington, DE 19801
    Phone: (302) 655-3667

    *Attorney for Jane Doe and Charles Boone*

Dated: April 24, 2013