**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



May 10, 2013

Jill K. Agro Esq.
Adam K. Levin Esq.
Lauren E. Moak Russell Esq.
Penelope B. O'Connell Esq.
Francis G.X. Pileggi Esq.
Barry M. Willoughby Esq.

RE: Doe, et al v. Wilmington Housing Authority, et al
Case Number: 12-3433
District Case Number: 1-10-cv-00473

Dear Counsel:

The Court has directed me to advise counsel in the above-entitled case that oral argument on the merits is scheduled on **Thursday, May 23, 2013**. Counsel will be allotted **15 minutes** oral argument time for each side, pursuant to 3rd Cir. LAR 34.1(a). Court will convene at **9:30 A.M.** and argument in this matter is scheduled in **The Albert Branson Maris Courtroom, (19th Floor, U.S. Courthouse, 6th & Market Sts., Philadelphia, PA**) Counsel who will present oral argument should register with the Court Crier in the courtroom 30 minutes prior to the time when court is scheduled to convene.

Counsel should read the instructions for oral argument. If multiple parties are arguing for each side, counsel shall file a division of time form (a writeable form), if necessary, through CM/ECF.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

By: *Tiffany Washington*

Tiffany Washington, Calendar Clerk
267-299-4905      MMW/TLW

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be argued before the following panel: **RENDELL, GREENAWAY, Jr., Circuit Judges and *ROSENTHAL, District Judge.**

*(Hon. Lee H. Rosenthal, District Judge for the Southern Texas District Court, sitting by designation)