Eckert Seamans Cherin & Mellott, LLC  TEL  302 574-7400
222 Delaware Avenue, 7th Floor          FAX  302 574-7401
Wilmington, DE 19801                    www.eckertseamans.com

Francis G.X. Pileggi
fpileggi@eckertseamans.com
www.delawarelitigation.com
(302) 655-3667

May 21, 2013

**VIA CM/ECF ONLY**

The Honorable Marjorie O. Rendell
U.S. Court of Appeals for the Third Circuit
21613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

The Honorable Joseph A. Greenaway, Jr.
U.S. Court of Appeals for the Third Circuit
Frank R. Lautenberg U.S. Post Office &
  Courthouse
Room 411, P.O. Box 999
Newark, NJ 07101-0999

The Honorable Lee H. Rosenthal
U.S. District Court for the
  Southern District of Texas
United States Courthouse
515 Rusk Street, Room 11535
Houston, TX 77002

Re:  *Doe v. Wilmington Housing Authority, et al.*,
     **3d Cir., No. 12-3433**

Dear Judges Rendell, Greenaway and Rosenthal:

In advance of oral argument in the above-captioned matter, which is scheduled for Thursday, May 23, 2013, Appellants wish to inform the Court that a case cited in Appellants' Reply Brief (Doc. 003111110086, filed Dec. 17, 2012), was subsequently reversed (well after our brief was filed). The case, *Woollard v. Sheridan*, 863 F. Supp. 2d 462 (D. Md. 2012), was reversed at *Woollard v. Gallagher*, 712 F.3d 865 (4th Cir. 2013), on March 21, 2013. Nonetheless, Appellants do not believe that subsequent procedural history impacts our pending Motion for Certification or appeal.

Respectfully,

*/s/ Francis G.X. Pileggi*

Francis G.X. Pileggi

FGXP/mar

cc:  Jill Agro, Esquire
     Barry M. Willoughby, Esquire
     Lauren E. Russell, Esquire
     Adam K. Levin Esquire
     Clerk of the Court