OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



July 18, 2013

Kathy Howard
Clerk of the Supreme Court
for the State of Delaware
P.O. Box 476
Dover, DE 19903

RE: Doe, et al. v. Wilmington Housing Authority, et al.
    C.A. No. 12-3433
    (D. Del. No. 1-10-cv-00473)
    Certification under Rule 41 of the Rules of the Supreme Court of the State of Delaware

Dear Ms. Howard,

Enclosed please find six (6) certified copies of an Order Certifying a Question of Law submitted to the Supreme Court of Delaware pursuant to Delaware Supreme Court Rule 41. The certification, which was filed as of this date, was signed by the Honorable Marjorie O. Rendell on behalf of a panel of this Court. The certification was initiated by this Court sua sponte.

In this Court the Appellants are Jane Doe and Charles Boone. A copy of this Court's docket is also enclosed. We have included a CD containing the case file for the Court of Appeals. All documents are in PDF format. A number of documents have been sealed in this Court. Should you need anything further in regard to this matter,
please feel free to call me at 267-299-4937.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

By: Maria, Case Manager
267-299-4937

cc: Jill K. Agro, Esq.
    Penelope B. O'Connell, Esq.
    Francis G.X. Pileggi, Esq.
    Lauren E. Moak Russell, Esq.
    Barry M. Willoughby, Esq.
    Adam K. Levin, Esq.