IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JANE DOE; CHARLES BOONE, | § |
| | § No. 403, 2013 |
| Plaintiffs Below, | § |
| Appellants, | § |
| | § Certification of Questions of |
| v. | § Law from the United States |
| | § Court of Appeals for the |
| WILMINGTON HOUSING | § Third Circuit |
| AUTHORITY; FREDERICK S. | § No. 12-3433 |
| PURNELL, SR., in his capacity as | § |
| Executive Director of the | § |
| Wilmington Housing Authority, | § |
| | § |
| Defendants Below, | § |
| Appellees. | § |

Submitted: July 29, 2013
Decided: July 30, 2013

Before **BERGER**, **JACOBS** and **RIDGELY**, Justices.

### O R D E R

This 30th day of July 2013, it appears to the Court that:

(1)     The United States Court of Appeals for the Third Circuit certified a question to this Court in accordance with the Delaware Constitution, art. IV, §11(9) and Delaware Supreme Court Rule 41. Specifically, by order dated July 18, 2013, the following questions have been certified:

(a)     Whether, under Article I, §20 of the Delaware Constitution, a public housing agency such as the WHA may adopt a policy prohibiting its residents, household members, and guests from displaying or carrying a

firearm or other weapon in a common area, except when the firearm or other weapon is being transported to or from a resident's housing unit or is being used in self-defense.

(b)     Whether, under Article I, §20 of the Delaware Constitution, a public housing agency such as the WHA may require its residents, household members, and guests to have available for inspection a copy of any permit, license, or other documentation required by state, local, or federal law for the ownership, possession, or transportation of any firearm or other weapon, including a license to carry a concealed weapon, as required by Del. Code Ann. tit. 11, §1441, on request, when there is reasonable cause to believe that the law or policies have been violated.

(2)     The record reflects that the material facts in this case are not in dispute and that the legal questions presented are ones of first instance in the State of Delaware.  Furthermore, this Court finds that there are important and urgent reasons for an immediate determination of the questions certified.

(3)     Therefore, in accordance with the provisions of the Delaware Constitution, art. IV, §11(9), and Rule 41 of this Court, the questions certified by the United States Court of Appeals for the Third Circuit are ACCEPTED.  Having accepted certification, the parties shall file their briefs in this Court in the following order:

Opening Brief by Jane Doe and Charles Boone, Plaintiffs Below-Appellants.

Answering Brief by Wilmington Housing Authority and Frederick S. Purnell, Sr., Defendants Below-Appellees.

Reply Brief, if any, by the Plaintiffs Below-Appellants.

The Clerk of the Court is directed to issue a briefing schedule forthwith.

BY THE COURT:

/s/ Jack B. Jacobs
            Justice