UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 12-3433
_____

JANE DOE; CHARLES BOONE,
                                                    Appellants

v.

WILMINGTON HOUSING AUTHORITY; FREDERICK S. PURNELL, SR., in his
official capacity as executive director of the Wilmington Housing Authority,

On Appeal from the United States District Court
for the District of Delaware
(District Court No.: 1-10-cv-00473)
District Judge: Honorable Leonard P. Stark

Argued May 23, 2013

Before: RENDELL and GREENAWAY, JR., Circuit Judges,
and ROSENTHAL[*], District Judge

**JUDGMENT**

This case came on to be heard on record from the United States District Court for

the District of Delaware and was argued on May 23, 2013.

---

[*] The Honorable Lee H. Rosenthal, United States District Judge for the Southern District
of Texas, sitting by designation.

On consideration whereof, is it now here

**ORDERED and ADJUDGED** by this court that the Judgment of the District Court entered July 27, 2012, be and the same is hereby reversed and this case is remanded to District Court for further proceedings. Costs taxed against appellee.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Marcia M. Waldron
Clerk

Dated: June 6, 2014