

**ECKERT SEAMANS**
ATTORNEYS AT LAW

Eckert Seamans Cherin & Mellott, LLC
222 Delaware Avenue, 7th Floor
Wilmington, DE 19801

TEL 302 574 7400
FAX 302 574 7401
www.eckertseamans.com

Jill Agro
JAgro@eckertseamans.com
(302) 574-7406

June 20, 2014

**VIA FEDEX**

Marsha M. Waldron, Clerk
Office of the Clerk
U.S. Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

  Re: *Doe v. Wilmington Housing Authority, et al.*,
    **U.S.C.A. 3d Cir., No. 12-3433**

Dear Ms. Waldron:

  Enclosed please find Appellants Jane Doe's and Charles Boone's Bill of Costs itemizing the costs incurred by Appellants in their successful appeal of the above referenced matter, based on the recent decision of the Court taxing costs against Appellees.

Respectfully,

Jill Agro
(DE Bar No. 4629)

JA/gm
Enclosures
cc: Francis G.X. Pileggi, Esquire
   Barry M. Willoughby, Esquire (via eFiling w/encl.)
   Lauren E.M Russell (via eFiling w/encl.)

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

BILL OF COSTS

C.A. 12-3433

Caption: Doe, et al. v. Wilmington Housing Authority, et al.

| Cost Taxable | AMOUNT REQUESTED | | | | | | | COST ALLOWED To be Completed by Clerk |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages per Copy | Cost Per Page | Cost Per Binding | Cost Per Cover | Total Cost Per Copy | Total Cost | |
| Docketing Fee $450.00 | | | | | | | 450.00 | |
| 3d Cir. Opening Br. | 11 | 143 | .12 | 44.00 | | 24.47 | 367.05 | |
| 3d Cir. Reply Br. | 10 | 38 | .10 | 38.50 | | 6.55 | 65.50 | |
| 3d Cir. Appendix | 4 | 270 | COSTS ENCOMPASSED IN OPENING BRIEF | | | | | |
| 3d Cir. Pacer Fees | | | | | | | 157.80 | |
| 3d Cir. Document Reproduction Fees | 892 | | .15 | | | | 133.80 | |
| | | | | | SUBTOTAL – THIRD CIRCUIT | | $1174.15 | |
| *Costs Continued on Next Page* | | | | | | | | |

Brief Produced by Reproduction ☐              Brief Produced by Photocopy: ☒
                                                                            In House:        ☒
                                                                            Commercial    ☒

**Unless document was produced by in house photocopy, receipts must be attached.**

I, Francis G.X. Pileggi hereby declare under the penalty of perjury that the foregoing costs are true and correct and were necessarily and actually incurred in this action.

_F.G.X. Pileggi_                                                June 20, 2014
Signature                                                               Date
Attorney for: Jane Doe and Charles Boone

**A certificate of service must accompany this form.**

---

For Court Use Only

After review, it is ordered that costs will be taxed in the amount of $ _____.

Marcia M. Waldron, Clerk

By: _____                       Date: _____
    Deputy Clerk

| Cost Taxable | AMOUNT REQUESTED | | | | | | | COST ALLOWED To be Completed by Clerk |
|---|---|---|---|---|---|---|---|---|
| **Third Circuit Certified Questions to Delaware Supreme Court** | No. of Copies | Pages per Copy | Cost Per Page | Cost Per Binding | Cost Per Cover | Total Cost Per Copy | Total Cost | |
| Del. Supr. Opening Br. | 6 | 132 | .16 | 3.00 | .25 | 27.29 | 163.72 | |
| Del. Supr. Reply Br. | 10 | 28 | .15 | 3.00 | .25 | 7.95 | 79.50 | |
| Del. Supr. App. | 6 | 51 | .16 | 3.00 | .25 | 11.41 | 68.46 | |
| Del. Supr. File & Serve Fees (eFiling) | | | | | | | 476.00 | |
| Del. Supr. Document Reproduction Fees | 1004 | | .15 | | | | 150.60 | |
| Vendor Reproduction Fees | | | | | | | 246.90 | |
| | | | | SUBTOTAL – DELAWARE SUPREME COURT | | | $1185.18 | |
| | | | | | | **TOTAL** | **$2,359.33** | |

# Invoice



| Date | Invoice # | Created From |
|---|---|---|
| 9/19/2013 | 474185 | Sales Order #359918 |

**Customer**
262 Eckert Seamans

**Bill To**
Accounts Payable
Eckert Seamans
222 Delaware Ave
7th Floor
Wilmington DE 19801

Please Send Payment To:

**Parcels, Inc.**
P.O. Box 27
Wilmington DE 19899
(302) 658-9926
Tax ID # 51-0255431

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

| Invoice # | Customer | | Terms | Payment Due |
|---|---|---|---|---|
| 474185 | 262 Eckert Seamans | | Net 30 | 10/19/2013 |

| Reference#/P.O.# | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|
| 303068-00001 | 9/14/2013 | 3:00 pm | Sales Order #359918 | 9/19/2013 |

**Contact**
262 Eckert Seamans ;
Stephanie Quinn
302-552-2913

**Job Detail**
Copy Brief x 1
Copy Brief and Compendium x9
Insert generic number tabs & custom tabs per original
Velo bind each document

**Caller**

**Parcels Division**
Virtual Docket

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1,778 | Medium Litigation B&W copies | 0.16 | 284.48 |
| 36 | Tabs | 0.25 | 9.00 |
| 30 | Custom Tabs | 1.00 | 30.00 |
| 19 | Velobind | 3.00 | 57.00 |

**Total** $380.48

NOTICE: Parcels, Inc. ("Parcels") has provided the above-listed services ("Services") pursuant to the instructions of the recipient hereof ("Client"). To the fullest extent permitted under applicable law, Client agrees that Parcels' liability hereunder shall solely be for its own negligence, mistake or omission and the total aggregate liability of Parcels in connection with the provision of the Services shall not exceed the amount of this invoice. Client hereby agrees that the aforesaid limitation shall apply to any and all liability or cause of action against Parcels however alleged or arising. Parcels shall not in any event be liable for any consequential, incidental, special punitive or indirect damages, including loss of profits, revenue, data, use of money or business opportunities, regardless of whether notice has been given or there is an awareness that such damages have been or may be incurred.

# Invoice

| Date | Invoice # | Created From |
|---|---|---|
| 10/31/2013 | 481769 | Sales Order #366289 |

**Customer**
262 Eckert Seamans



**Bill To**
Accounts Payable
Eckert Seamans
222 Delaware Ave
7th Floor
Wilmington DE 19801

Please Send Payment To:

**Parcels, Inc.**
P.O. Box 646
New Castle, DE 19720
United States
(302) 658-9926

For all inquiries regarding your account,
please call 302-658-9926 or email,
accounting@parcelsinc.com

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

| Invoice # | Customer | | Terms | Payment Due |
|---|---|---|---|---|
| 481769 | 262 Eckert Seamans | | Net 30 | 11/30/2013 |

| Reference#/P.O.# | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|
| 303068-0001 | 10/29/2013 | 2:33 pm | Sales Order #366289 | 10/31/2013 |

**Contact**
262 Eckert Seamans :
Stephanie Quinn
555-555-5555

**Caller**

**Job Detail**
Blowback from emailed attachments x 15
Insert tabs per exhibit
Velobind each copy
"Reply brief"

**Parcels Division**
Production Center

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 420 | Pages Printed 8.5x11 B&W - Hole Punched Paper | 0.15 | 63.00 |
| 30 | Tabs | 0.25 | 7.50 |
| 15 | Velobind | 3.00 | 45.00 |
| 15 | Cardstock Paper | 0.25 | 3.75 |

**Total** $119.25

NOTICE: Parcels, Inc. ("Parcels") has provided the above-listed services ("Services") pursuant to the instructions of the recipient hereof ("Client"). To the fullest extent permitted under applicable law, Client agrees that Parcels' liability hereunder shall solely be for its own negligence, mistake or omission and the total aggregate liability of Parcels in connection with the provision of the Services shall not exceed the amount of this invoice. Client hereby agrees that the aforesaid limitation shall apply to any and all liability or cause of action against Parcels however alleged or arising. Parcels shall not in any event be liable for any consequential, incidental, special punitive or indirect damages, including loss of profits, revenue, data, use of money or business opportunities, regardless of whether notice has been given or there is an awareness that such damages have been or may be incurred.

# DLS Discovery, LLC

PO Box 2206
Wilminton, DE 19899
302.888.2060

| Invoice Number | | | 69245 |
|---|---|---|---|
| Date | Terms | Rep | Tax ID # |
| 10/24/2012 | Due on re... | MD | 51-0368307 |

Bill To:

Eckert Seamans Cherin & Mellott LLC
222 Delaware Ave 7th Floor
Wilmington, DE 19801

| Ordered By | Project Date | P.O. No. | Project Name | DLS Job # |
|---|---|---|---|---|
| Stephanie | 10/23/2012 | 303068.00001 | 303068.00001 | PRD-12-1338 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 2,816 | Copy Medium Litigation B/W - Medium sections of clips, staples and rubber bands | 0.12 | 337.92 |
| 16 | GBC / Velo Binding (Includes covers and spines) | 2.75 | 44.00 |
| 32 | Tabs | 0.30 | 9.60 |

Thank you for your business. We look forward to working with you again.

Web Site: DigitalLegal.net

**Total** $391.52

**Payments/Credits** $-391.52

**Balance Due** $0.00

# DLS Discovery, LLC

PO Box 2206
Wilminton, DE 19899
302.888.2060

| Invoice Number | | | 70597 |
|---|---|---|---|
| Date | Terms | Rep | Tax ID # |
| 12/19/2012 | Due on re... | MD | 51-0368307 |

**Bill To:**

Eckert Seamans Cherin & Mellott LLC
222 Delaware Ave 7th Floor
Wilmington, DE 19801

| Ordered By | Project Date | P.O. No. | Project Name | DLS Job # |
|---|---|---|---|---|
| Stephanie Quinn | 12/17/2012 | 303068-00001 | 303068-00001 | IM12-1048 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 532 | Print B/W from Tiff or PDF (Double side or three hole) | 0.10 | 53.20 |
| 14 | GBC / Velo Binding (Includes covers and spines) | 2.75 | 38.50 |

Happy Holidays from DIGITAL LEGAL

| | |
|---|---|
| **Total** | $91.70 |
| **Payments/Credits** | $-91.70 |
| **Balance Due** | $0.00 |

Web Site: DigitalLegal.net

## Doe, et al. v. Wilmington Housing Authority, et al.
## C.A. 12-3433
## BILL OF COSTS

| THIRD CIRCUIT IN-HOUSE DOCUMENT REPRODUCTION COSTS | | | |
|---|---|---|---|
| DATE | PAGES | RATE | TOTAL COST |
| 8/21/2012 | 5 | $0.15 | $0.75 |
| 8/29/2012 | 54 | $0.15 | $8.10 |
| 9/11/2012 | 42 | $0.15 | $6.30 |
| 9/12/2012 | 45 | $0.15 | $6.75 |
| 9/24/2012 | 4 | $0.15 | $0.60 |
| 10/5/2012 | 43 | $0.15 | $6.45 |
| 10/9/2012 | 94 | $0.15 | $14.10 |
| 10/10/2012 | 1 | $0.15 | $0.15 |
| 10/15/2012 | 2 | $0.15 | $0.30 |
| 10/16/2012 | 19 | $0.15 | $2.85 |
| 10/17/2012 | 2 | $0.15 | $0.30 |
| 10/18/2012 | 68 | $0.15 | $10.20 |
| 10/18/2012 | 6 | $0.15 | $0.90 |
| 10/18/2012 | 114 | $0.15 | $17.10 |
| 10/18/2012 | 12 | $0.15 | $1.80 |
| 10/18/2012 | 2 | $0.15 | $0.30 |
| 10/19/2012 | 28 | $0.15 | $4.20 |
| 10/22/2012 | 1 | $0.15 | $0.15 |
| 10/22/2012 | 154 | $0.15 | $23.10 |
| 10/22/2012 | 5 | $0.15 | $0.75 |
| 10/23/2012 | 4 | $0.15 | $0.60 |
| 10/24/2012 | 4 | $0.15 | $0.60 |
| 10/24/2012 | 4 | $0.15 | $0.60 |
| 10/24/2012 | 7 | $0.15 | $1.05 |
| 10/24/2012 | 1 | $0.15 | $0.15 |
| 10/26/2012 | 6 | $0.15 | $0.90 |
| 11/27/2012 | 59 | $0.15 | $8.85 |
| 11/30/2012 | 48 | $0.15 | $7.20 |
| 12/3/2012 | 2 | $0.15 | $0.30 |
| 12/6/2012 | 3 | $0.15 | $0.45 |
| 12/17/2012 | 20 | $0.15 | $3.00 |
| 12/19/2012 | 1 | $0.15 | $0.15 |
| 2/7/2013 | 2 | $0.15 | $0.30 |
| 5/6/2013 | 2 | $0.15 | $0.30 |
| 5/13/2013 | 6 | $0.15 | $0.90 |
| 5/20/2013 | 2 | $0.15 | $0.30 |
| 5/21/2013 | 2 | $0.15 | $0.30 |

| DATE | PAGES | RATE | TOTAL COST |
|---|---|---|---|
| 5/21/2013 | 2 | $0.15 | $0.30 |
| 6/6/2013 | 11 | $0.15 | $1.65 |
| 7/29/2013 | 5 | $0.15 | $0.75 |
| TOTAL | 892 | $0.15 | $133.80 |

| DELAWARE SUPREME COURT IN HOUSE DOCUMENT REPRODUCTION COSTS | | | |
|---|---|---|---|
| DATE | PAGES | RATE | TOTAL COST |
| 8/1/2013 | 36 | $0.15 | $5.40 |
| 8/5/2013 | 6 | $0.15 | $0.90 |
| 8/16/2013 | 11 | $0.15 | $1.65 |
| 8/19/2013 | 12 | $0.15 | $1.80 |
| 8/19/2013 | 8 | $0.15 | $1.20 |
| 9/4/2013 | 14 | $0.15 | $2.10 |
| 9/4/2013 | 1 | $0.15 | $0.15 |
| 9/4/2013 | 1 | $0.15 | $0.15 |
| 9/10/2013 | 1 | $0.15 | $0.15 |
| 9/10/2013 | 1 | $0.15 | $0.15 |
| 9/10/2013 | 4 | $0.15 | $0.60 |
| 9/11/2013 | 1 | $0.15 | $0.15 |
| 9/11/2013 | 3 | $0.15 | $0.45 |
| 9/12/2013 | 2 | $0.15 | $0.30 |
| 9/12/2013 | 1 | $0.15 | $0.15 |
| 9/12/2013 | 1 | $0.15 | $0.15 |
| 9/13/2013 | 15 | $0.15 | $2.25 |
| 9/13/2013 | 3 | $0.15 | $0.45 |
| 9/16/2013 | 6 | $0.15 | $0.90 |
| 9/16/2013 | 6 | $0.15 | $0.90 |
| 9/17/2013 | 3 | $0.15 | $0.45 |
| 9/17/2013 | 2 | $0.15 | $0.30 |
| 9/17/2013 | 2 | $0.15 | $0.30 |
| 9/25/2013 | 9 | $0.15 | $1.35 |
| 10/15/2013 | 1 | $0.15 | $0.15 |
| 10/17/2013 | 49 | $0.15 | $7.35 |
| 10/22/2013 | 30 | $0.15 | $4.50 |
| 10/30/2013 | 4 | $0.15 | $0.60 |
| 10/30/2013 | 1 | $0.15 | $0.15 |
| 10/30/2013 | 3 | $0.15 | $0.45 |
| 10/30/2013 | 15 | $0.15 | $2.25 |
| 10/30/2013 | 21 | $0.15 | $3.15 |
| 10/30/2013 | 14 | $0.15 | $2.10 |
| 10/30/2013 | 20 | $0.15 | $3.00 |

| Date | Pages | Rate | Total |
|---|---|---|---|
| 11/11/2013 | 32 | $0.15 | $4.80 |
| 11/21/2013 | 6 | $0.15 | $0.90 |
| 11/22/2013 | 8 | $0.15 | $1.20 |
| 11/22/2013 | 7 | $0.15 | $1.05 |
| 11/22/2013 | 8 | $0.15 | $1.20 |
| 11/22/2013 | 1 | $0.15 | $0.15 |
| 11/22/2013 | 4 | $0.15 | $0.60 |
| 11/22/2013 | 2 | $0.15 | $0.30 |
| 11/26/2013 | 108 | $0.15 | $16.20 |
| 11/26/2013 | 4 | $0.15 | $0.60 |
| 11/26/2013 | 114 | $0.15 | $17.10 |
| 11/26/2013 | 4 | $0.15 | $0.60 |
| 11/26/2013 | 1 | $0.15 | $0.15 |
| 11/27/2013 | 4 | $0.15 | $0.60 |
| 11/27/2013 | 4 | $0.15 | $0.60 |
| 11/27/2013 | 3 | $0.15 | $0.45 |
| 11/27/2013 | 4 | $0.15 | $0.60 |
| 12/9/2013 | 23 | $0.15 | $3.45 |
| 12/12/2013 | 1 | $0.15 | $0.15 |
| 12/16/2013 | 6 | $0.15 | $0.90 |
| 12/16/2013 | 6 | $0.15 | $0.90 |
| 12/16/2013 | 2 | $0.15 | $0.30 |
| 2/12/2014 | 5 | $0.15 | $0.75 |
| 2/19/2014 | 352 | $0.15 | $52.80 |
| 3/18/2014 | 27 | $0.15 | $4.05 |
| 3/21/2014 | 77 | $0.15 | $11.55 |
| 4/17/2014 | 15 | $0.15 | $2.25 |
| 5/6/2014 | 7 | $0.15 | $1.05 |
| TOTAL | 1004 | $0.15 | $150.60 |

| DELAWARE SUPREME COURT DOCUMENT REPRODUCTION COSTS FROM VENDOR | | | |
|---|---|---|---|
| DATE | PAGES | RATE | TOTAL COST |
| 12/17/2013 | | | $126.50 |
| 12/17/2013 | | | $93.00 |
| 12/18/2013 | | | $27.40 |
| TOTAL | 1912 | $0.15 | $246.90 |

# ꝟoice

| Date | Invoice # | Created From |
|---|---|---|
| 12/17/2013 | 489837 | Sales Order #372056 |

**Customer**
262 Eckert Seamans

Bill To
Accounts Payable
Eckert Seamans
222 Delaware Ave
7th Floor
Wilmington DE 19801



Please Send Payment To:

**Parcels, Inc.**
P.O. Box 27
Wilmington DE 19899
(302) 658-9926
Tax ID # 51-0255431

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

| Invoice # | Customer | Terms | Payment Due |
|---|---|---|---|
| 489837 | 262 Eckert Seamans | Net 30 | 1/16/2014 |

| Reference#/P.O.# | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|
| 303068-00001 | 12/16/2013 | 2:04 pm | Sales Order #372856 | 12/17/2013 |

**Contact**
262 Eckert Seamans ;
Stephanie Quinn
302-552-2913

**Caller**

**Parcels Division**
Production Center

**Job Detail**
Blowback x 10 from email attachment
Insert tabs per exhibit
Velo bind all copies

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 610 | Pages Printed 8.5x11 B&W - Hole Punched Paper | 0.15 | 91.50 |
| 20 | Tabs | 0.25 | 5.00 |
| 10 | Velobind | 3.00 | 30.00 |

| | Total | $126.50 |
|---|---|---|

NOTICE: Parcels, Inc. ("Parcels") has provided the above-listed services ("Services") pursuant to the instructions of the recipient hereof ("Client"). To the fullest extent permitted under applicable law, Client agrees that Parcels' liability hereunder shall solely be for its own negligence, mistake or omission and the total aggregate liability of Parcels in connection with the provision of the Services shall not exceed the amount of this invoice. Client hereby agrees that the aforesaid limitation shall apply to any and all liability or cause of action against Parcels however alleged or arising. Parcels shall not in any event be liable for any consequential, incidental, special punitive or indirect damages, including loss of profits, revenue, data, use of money or business opportunities, regardless of whether notice has been given or there is an awareness that such damages have been or may be incurred.

# Invoice

| Date | Invoice # | Created From |
|---|---|---|
| 12/18/2013 | 490269 | Sales Order #373018 |

**Customer**
262 Eckert Seamans


Parcels

**Bill To**
Accounts Payable
Eckert Seamans
222 Delaware Ave
7th Floor
Wilmington DE 19801

Please Send Payment To:

**Parcels, Inc.**
P.O. Box 27
Wilmington DE 19899
(302) 658-9926
Tax ID # 51-0255431

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

| Invoice # | Customer | Terms | Payment Due |
|---|---|---|---|
| 490269 | 262 Eckert Seamans | Net 30 | 1/17/2014 |

| Reference#/P.O.# | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|
| 303068-0001 | 12/17/2013 | 11:57 am | Sales Order #373018 | 12/18/2013 |

**Contact**
262 Eckert Seamans ;
Stephanie Quinn
302-552-2913

**Caller**

**Parcels Division**
Production Center

**Job Detail**
Blowback x 2 from email attachment
Blue cover sheet
Insert tabs
Velo bind all copies
"APPELLANTS' SECOND AMENDED OPENING BRIEF"

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 120 | Pages Printed 8.5x11 B&W - Hole Punched Paper | 0.15 | 18.00 |
| 2 | Pages Printed 8.5x11 Color | 1.00 | 2.00 |
| 4 | Tabs - non-sequential | 0.35 | 1.40 |
| 2 | Velobind | 3.00 | 6.00 |

**Total** $27.40

NOTICE: Parcels, Inc. ("Parcels") has provided the above-listed services ("Services") pursuant to the instructions of the recipient hereof ("Client"). To the fullest extent permitted under applicable law, Client agrees that Parcels' liability hereunder shall solely be for its own negligence, mistake or omission and the total aggregate liability of Parcels in connection with the provision of the Services shall not exceed the amount of this invoice. Client hereby agrees that the aforesaid limitation shall apply to any and all liability or cause of action against Parcels however alleged or arising. Parcels shall not in any event be liable for any consequential, incidental, special, punitive or indirect damages, including loss of profits, revenue, data, use of money or business opportunities, regardless of whether notice has been given or there is an awareness that such damages have been or may be incurred.

# Invoice

| Date | Invoice # | Created From |
|---|---|---|
| 12/17/2013 | 489831 | Sales Order #372834 |

**Customer**
262 Eckert Seamans

Bill To
Accounts Payable
Eckert Seamans
222 Delaware Ave
7th Floor
Wilmington DE 19801



Please Send Payment To:

**Parcels, Inc.**
P.O. Box 27
Wilmington DE 19899
(302) 650-9026
Tax ID # 51-0255431

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

| Invoice # | Customer | Terms | Payment Due |
|---|---|---|---|
| 489831 | 262 Eckert Seamans | Net 30 | 1/16/2014 |

| Reference#/P.O.# | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|
| 303068-00001 | 12/16/2013 | 2:04 pm | Sales Order #372834 | 12/17/2013 |

**Contact**
262 Eckert Seamans ;
Stephanie Quinn
302-552-2913

**Caller**

**Parcels Division**
Production Center

**Job Detail**
Blowback x.10 from email attachment
Velo bind all copies

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 420 | Pages Printed 8.5x11 B&W - Hole Punched Paper | 0.15 | 63.00 |
| 10 | Velobind | 3.00 | 30.00 |

**Total** $93.00

NOTICE: Parcels, Inc. ("Parcels") has provided the above-listed services ("Services") pursuant to the instructions of the recipient hereof ("Client"). To the fullest extent permitted under applicable law, Client agrees that Parcels' liability hereunder shall solely be for its own negligence, mistake or omission and the total aggregate liability of Parcels in connection with the provision of the Services shall not exceed the amount of this invoice. Client hereby agrees that the aforesaid limitation shall apply to any and all liability or cause of action against Parcels however alleged or arising. Parcels shall not in any event be liable for any consequential, incidental, special punitive or indirect damages, including loss of profits, revenue, data, use of money or business opportunities, regardless of whether notice has been given or there is an awareness that such damages have been or may be incurred.

# CERTIFICATE OF SERVICE

I certify that on June 20, 2014, I caused Appellants Jane Doe's and Charles Boone's Bill of Costs to be served electronically via CM/ECF on counsel named below:

>Barry M. Willoughby, Esquire
>Lauren E. M. Russell, Esquire
>Young Conaway Stargatt & Taylor, LLP
>Rodney Square
>1000 North King Street
>Wilmington, DE 19801

Additionally, I caused one copy of Appellants' Bill of Costs to be delivered to the Clerk's Office by FedEx:

>Marsha M. Waldron, Clerk
>Office of the Clerk
>U.S. Court of Appeals for the Third Circuit
>21400 U.S. Courthouse
>601 Market Street
>Philadelphia, PA 19106-1790

>/s/ Jill Agro
>Francis G.X. Pileggi (DE Bar No. 2624)
>Jill Agro (DE Bar No. 4629)
>ECKERT SEAMANS CHERIN & MELLOTT, LLC
>222 Delaware Avenue, 7th Floor
>Wilmington, DE 19801
>302.574.7406
>*Attorney for Appellants Jane Doe and Charles Boone*