## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

BILL OF COSTS

C.A.  12-3433

Caption: Doe, et al. v. Wilmington Housing Authority, et al.

| Cost Taxable | AMOUNT REQUESTED | | | | | | | COST ALLOWED To be Completed by Clerk |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages per Copy | Cost Per Page | Cost Per Binding | Cost Per Cover | Total Cost Per Copy | Total Cost | |
| Docketing Fee $450.00 | | | | | | | 450.00 | $450.00 |
| 3d Cir. Opening Br. | 11 | 143 | ~~.12~~ .10 | 44.00 | | 24.47 | 367.05 | $309.30 |
| 3d Cir. Reply Br. | 10 | 38 | .10 | 38.50 | | 6.55 | 65.50 | $ 76.50 |
| 3d Cir. Appendix | 4 | 270 | COSTS ENCOMPASSED IN OPENING BRIEF | | | | | |
| 3d Cir. Pacer Fees | | | | | | | ~~157.80~~ | |
| 3d Cir. Document Reproduction Fees | 892 | | ~~.15~~ .10 | | | | 133.80 | $ 89.20 |
| | | | | | SUBTOTAL – THIRD CIRCUIT | | $1174.15 | $925.00 |
| *Costs Continued on Next Page* | | | | | | | | |

Brief Produced by Reproduction ☐         Brief Produced by Photocopy: ☒
                                            In House:              ☒
                                            Commercial             ☒

Unless document was produced by in house photocopy, receipts must be attached.

I, Francis G.X. Pileggi    hereby declare under the penalty of perjury that the foregoing costs are true and correct and were necessarily and actually incurred in this action.

*F.G.X. Pileggi*                                    June 20, 2014
Signature                                           Date
Attorney for: Jane Doe and Charles Boone

**A certificate of service must accompany this form.**

---

**For Court Use Only**

After review, it is ordered that costs will be taxed in the amount of $ 1710.70 (Total Costs Taxed).

Marcia M. Waldron, Clerk

By: Maria L. Reyes                                  Date: June 30, 2014
    Deputy Clerk

| Cost Taxable | AMOUNT REQUESTED | | | | | | | COST ALLOWED To be Completed by Clerk |
|---|---|---|---|---|---|---|---|---|
| **Third Circuit Certified Questions to Delaware Supreme Court** | No. of Copies | Pages per Copy | Cost Per Page | Cost Per Binding | Cost Per Cover | Total Cost Per Copy | Total Cost | |
| Del. Supr. Opening Br. | 6 | 132 | ~~10~~ .10 | 3.00 | .25 | 27.29 | 163.72 | $98.70 |
| Del. Supr. Reply Br. | 10 | 28 | ~~15~~ .10 | 3.00 | .25 | 7.95 | 79.50 | $60.50 |
| Del. Supr. App. | 6 | 51 | ~~16~~ .10 | 3.00 | .25 | 11.41 | 68.46 | $50.10 |
| Del. Supr. File & Serve Fees (eFiling) | | | | | | | 476.00 | $476.00 |
| Del. Supr. Document Reproduction Fees | 1004 | | ~~15~~ .10 | | | | 150.60 | $100.40 |
| Vendor Reproduction Fees | | | | | | | ~~246.90~~ | |
| | | | | | SUBTOTAL – DELAWARE SUPREME COURT | | $1185.18 | ~~$785.70~~ |
| | | | | | | **TOTAL** | $2,359.33 | ~~$1710.10~~ |