OFFICE OF THE CLERK

MARCIA M. WALDRON

CLERK

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



June 30, 2014

John A. Cerino
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

RE: Doe, et al v. Wilmington Housing Authority, et al
Case Number: 12-3433
District Case Number: 1-10-cv-00473

Dear Mr. John A. Cerino,

Enclosed herewith is the certified judgment together with copy of the opinion in the above-captioned case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment or order is also enclosed showing costs taxed, if any.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk


By: Maria, Case Manager
267-299-4937

cc:
Jill K. Agro, Esq.
Adam K. Levin, Esq.

Lauren E. Moak Russell, Esq.
Penelope B. O'Connell, Esq.
Francis G.X. Pileggi, Esq.
Barry M. Willoughby, Esq.